# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ENTITY PRODUCTION, INC.,** | Civil Action No. 1:15CV00241 |
| **Plaintiff,** | |
| v. | JUDGE PATRICIA A. GAUGHAN |
| **PSYCHOPATHIC RECORDS, ET AL.,** | |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. R. 41, Plaintiff Entity Production, Inc. ("Plaintiff") represents to the Court that all matters and things in controversy in the above-referenced matter have been amicably adjusted, compromised, and settled. The parties to the within action have agreed that at this time a Notice of Voluntary Dismissal With Prejudice, with the Court retaining jurisdiction solely to enforce the terms of the settlement agreement and releases agreed to by the parties, may be entered dismissing all of Plaintiff's claims in the above-styled case, with prejudice, with Court costs borne by Plaintiff and each party to bear its or his own attorneys' fees. A proposed Order is attached.

Dated:  November 21, 2016		Respectfully submitted,

  /s/ Mark E. Avsec
Mark E. Avsec (0064472)
200 Public Square
Suite 2300
Cleveland OH  44114-2378
(216) 363-4500
(216) 363-4588 (fax)
mavsec@beneschlaw.com

Attorneys for PLAINTIFF
ENTITY PRODUCTION, INC., for itself and
  doing business as LINFALDIA RECORDS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ENTITY PRODUCTION, INC.,** | ) Civil Action No. 1:15CV00241 |
| **Plaintiff,** | ) |
| | ) **JUDGE PATRICIA A. GAUGHAN** |
| **v.** | ) |
| **PSYCHOPATHIC RECORDS, ET AL.** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice and the Court having reviewed the pleadings on file, it is hereby

**ORDERED AND ADJUDGED:**

1. This action is dismissed with prejudice, with Plaintiff to bear Court costs and each party to bear its or his own attorneys' fees.

2. The Court reserves jurisdiction solely to enforce the terms of the settlement agreement and releases agreed to by the parties.

IT IS SO ORDERED:

Dated this _____ day of _____, 2016.    _____
                                                                                         Judge Patricia A. Gaughan
                                                                                         United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2016, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Mark E. Avsec
One of the Attorneys for Plaintiff
ENTITY PRODUCTION, INC.